In the Matter of the Application of GENERAL SILK
IMPORTING COMPANY, INC., Appellant, to Compel
Arbitration by GERSETA CORPORATION, Respondent.

*Arbitration — contract for sale of silk — agreement that sale shall be
governed by rules of association whose by-laws contain a provision
for arbitration not an agreement to arbitrate in absence of rule or
by-law making such arbitration compulsory.*

Matter of *General Silk Importing Co., Inc.*, 200 App. Div. 786,
affirmed.

(Argued June 2, 1922; decided July 12, 1922.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
April 21, 1922, which reversed an order of Special Term
directing the respondent herein to proceed to arbitration
of a dispute arising over its contract with appellant.
The contract between the parties, under which respondent
seeks arbitration, involved the sale of 100 bales of raw
silk embodied in a printed form of contract prepared by
the respondent, which had blank spaces therein filled in
typewriting and which contained the following printed ·
clause in the lower margin thereof: " Sales are governed
by Raw Silk Rules adopted by the Silk Association of
America." The by-laws of the association provided for
arbitration between its members but did not make it
compulsory. The question was whether the foregoing
marginal printed statement carried with it an agreement
of the parties to submit to arbitration any differences
that might arise between them under the contract.

*Charles G. Keutgen* and *R. L. von Bernuth* for appellant.
*Emil Weitzner* and *David Steckler* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGH-
LIN, CRANE and ANDREWS, JJ. Dissenting: CARDOZO, J.

33